JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY DRAYTON,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER STEPHEN SCALLON, OFFICER JOSEPH DUDAS, OFFICER HUI, OFFICER LUIS NUNEZ, OFFICER TOURTELLOTE, OFFICER STAINER, OFFICER ARRELLANO<br><br>    Defendants | CASE NO.: CV 13-05041 SJO (DFM)<br><br>**JUDGMENT ON SPECIAL VERDICT** |

On February 10, 2015, the foregoing matter was called for trial in Courtroom 1 of the United States District Court. The parties answered ready for Trial. On February 10, 2015 a panel of jurors was called and sworn.

The case was tried to the jury and on February 12, 2015, the case was then submitted to the jury for deliberation.

On February 12, 2015, the jury returned a unanimous verdict as follows:

We, the jury in the above-entitled action, answer the following questions:

**Violation of Civil Rights/Excessive Force**

Question No. 1: Was Stacy Drayton subjected to Excessive Force on July 15, 20111 at the hands of any of the named Defendants?

1

1          YES _____          NO ___✓_____

2     If you answer Question No. 1 is yes, then answer Question No. 2.

3     If you answer Question No. 1 is no, then sign and return this verdict.

4

5     Question No. 2:   What Defendant(s) subjected Stacy Drayton to Excessive
6 Force on July 15, 2011?

7          Officer Stephen Scallon          Yes ___     No ___
8          Officer Joseph Dudas             Yes ___     No ___
9          Officer Sam Hui                  Yes ___     No ___
10         Officer Luis Nunez               Yes ___     No ___
11         Officer Nathan Tourtellote       Yes ___     No ___

12

13    If your answer to Question No. 2 is yes as to any Defendant, then answer
14 Question No. 3.

15

16    Question No. 3:   Did Stacy Drayton suffer harm as a result of the violation of
17 civil rights?

18         YES _____          NO _____

19

20    If your answer to Question No. 3 is yes, then answer Question No. 4.  If
21    you answered no, answer Question No. 4

22

23    Question No. 4:   Do you find by preponderance of the evidence that
24 Defendant(s) was guilty of malice or oppression in the conduct upon which you base
25 your finding of liability for Plaintiff?

26         Officer Stephen Scallon          Yes ___     No ___
27         Officer Joseph Dudas             Yes ___     No ___
28         Officer Sam Hui                  Yes ___     No ___

2

| | | | |
|---|---|---|---|
| Officer Luis Nunez | Yes ___ | No ___ |
| Officer Nathan Tourtellote | Yes ___ | No ___ |

Answer Question No. 5.

**Damages**

Question No. 5: Did Stacy Drayton suffer emotional distress and or pain and suffering?

    Yes _____  No _____

Answer Question No. 6:

Question No. 6: Did Stacy Drayton suffer physical injuries?

    Yes _____  No _____

If you have answered Questions 5 or 6 yes, answer Question No. 7. If you ahve answered Question Nos. 5 and 6 no, have the presiding juror sign and date this form and return it to the court clerk.

Question No. 7: Was the conduct of the Defendant(s) a substantial factor in causing Stacy Drayton physical injuries and or emotional distress and or pain and suffering?

Answer yes or no after the name of each Defendant.

| | | | |
|---|---|---|---|
| Officer Stephen Scallon | Yes ___ | No ___ |
| Officer Joseph Dudas | Yes ___ | No ___ |
| Officer Sam Hui | Yes ___ | No ___ |
| Officer Luis Nunez | Yes ___ | No ___ |

3

Officer Nathan Tourtellote        Yes ___    No

Question No. 8:    What are Stacy Drayton's damages?

$ _____

Answer Question No. 9.

Question No. 9**:** As to those Defendants to whom you answered Question No. 7 yes, what amount if any should they be assessed in punitive damages?

Officer Stephen Scallon         $ _____
Officer Joseph Dudas            $ _____
Officer Sam Hui                 $ _____
Officer Luis Nunez              $ _____
Officer Nathan Tourtellote      $ _____

The Presiding Juror should sign and return this verdict form.

Dated:  2/12/2015                      REDACTED VERDICT FORM AS TO
                                       FOREPERSON SIGNATURE
                                       _____
                                              FOREPERSON

4

1 | ORDER

2 |      Therefore, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that
3 | judgment on the merits be entered in favor of Defendants, **CITY OF LOS**
4 | **ANGELES**, **OFFICER STEPHEN SCALLON, OFFICER JOSEPH DUDAS,**
5 | **OFFICER SAM HUI, OFFICER LUIS NUNEZ, OFFICER NATHAN**
6 | **TOURTELLOTE**, and against Plaintiff, **STACY DRAYTON**, that the Plaintiff take
7 | nothing; and that the Defendants **CITY OF LOS ANGELES**, **OFFICER STEPHEN**
8 | **SCALLON, OFFICER JOSEPH DUDAS, OFFICER SAM HUI, OFFICER**
9 | **LUIS NUNEZ, OFFICER NATHAN TOURTELLOTE** as the prevailing parties,
10 | shall be entitled to recover their costs reasonably incurred in defense of this action per
11 | the cost bill in the amount of $ <u>(To be determined from the Bill of Costs.).</u>

13 | Dated: February 28, 2015.

*[signature: S. James Otero]*

Honorable S. James Otero
United States District Judge